IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAYMOND S. SOUSEA,

       Plaintiff,

    v.                                    No. CIV 13-784 RHS/KBM

UNITED STATES POSTAL SERVICE,
And UNITED STATES OF AMERICA,

       Defendants.

## ORDER GRANTING STAY OF PROCEEDINGS

On October 1, 2013, the United States District Court for the District of New Mexico issued a Temporary Administrative Order Relating to Civil Cases Involving the United States. See, In the Matter of Civil Proceedings Involving the United States During Federal Lapse in Appropriations, 13mc0040, Doc. 2, filed 10/1/13.  Said Order expired on October 15, 2013, but the government shutdown continues.  On October 16, 2013, the United States of America filed a motion to stay (Doc. 5).  There being no objection to that motion, and for good cause shown, the United States' Motion is GRANTED.

The above-captioned case is heretofore STAYED pending the filing of a Notice of Resumed Government Activity by the United States.

It is further ORDERED that counsel for the United States shall file a Notice of Resumed Government Activity within five (5) business days of counsel's returning to work; and, if applicable, submit a joint proposed schedule for the remainder of litigation within fifteen (15) days of said return to work.

                                                                      _____
                                                       UNITED STATES CHIEF MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/16/13*
ROBERTO D. ORTEGA
Assistant United States Attorney
Attorney for Defendants

*Electronically approved 10/16/13*
ROBERTO C. ARMIJO
Attorney for Plaintiff